UNITED STATES DISTRICT COURT
for the IX CIRCUIT
~~District of Arizona~~ RMC
~~Division~~

☑ FILED   ___ LODGED
___ RECEIVED   ___ COPY

FEB 01 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| Robin Michael Charles <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Carnegie Foundation(s) Et Al <br> Nrg Energy, Inc. <br> (AKA: The Big 5 and The Big 3) <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. **CV21-00182-PHX-ESW** <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☒ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE
W/ ATTACHMENT & 3 EXHIBITS
( ABSTRACTS OF RECORD )

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Robin Michael Charles |
| Street Address | 19409 N 78th Lane |
| City and County | Glendale, Maricopa County |
| State and Zip Code | Arizona, 85301 |
| Telephone Number | 602-552-4652 |
| E-mail Address | N/A |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: NRG ENERGY, INC
- Job or Title (if known): Jawburg/Wilk Atty for NRG Energy, Inc
- Street Address: 3200 N. Central Ave Ste 2000
- City and County: Phoenix
- State and Zip Code: Arizona
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: CARNEGIE FOUNDATIONS ET AL
- Job or Title (if known): Jason Ebe ; Edward J Hermes-Atty for Carnegie Instit. for
- Street Address: One Arizona Center 400 E Van Buren Ste 1900
- City and County: Phoenix
- State and Zip Code: Arizona
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: CARNEGIE FOUNDATIONS ET AL
- Job or Title (if known): Robert Grasso, Jr ; N Patrick Hall-Atty for Carnegie Endowment
- Street Address: 2121 W Chandler Blvd Ste 100
- City and County: Chandler
- State and Zip Code: Arizona
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Article III of the U.S.Constitution

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Robin Michael Charles, is a citizen of the State of *(name)* Arizona.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

  b.  If the defendant is a corporation

The defendant, *(name)* Carnegie Foundation(s) Et Al, is incorporated under the laws of the State of *(name)* Several States and Washington D.C., and has its principal place of business in the State of *(name)* New York.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

More than 75,000 but the total amount of restitution can't be determined until discovery of the "Technology" evidence. They use these technologies on the unseen parts of the person to effect the mind and the heart, the central nervous system, including, Body, Soul, and Spirit

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

It is still ongoing. The Defendants have not stopped. In fact, the Defendants said they won't stop until someone stops them. They also added that if they got out on bail they woud start using "The Technology" again. The "Technology" is experimental and the Defendants have admitted that it hasn't been approved by anyone. That means the Defendants don't even know the full extent of the damage they are doing. The Bible says that the things visible were made from things invisible. It's been going on for more than 20 years but defendants said, "your whole life."

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Nerve damage and muscoloskeletal (Flesh and Bones) deterioration. Damage from Microwave bombardment (ie- over radiating the Body and Soul) - Soul abuse (the Soul is the Psyche).If I put more in writing they will try to make it happen more. They affirmed that they are trying to harm my body from the unseen but it will all be visible on the "Technology" evidence. They are still using the technology on me. I know because i can hear them and feel stuff they do to me as well as the verbal abuse. Everthing they are doing is recorded and can't be erased.

V.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/22/2021

Signature of Plaintiff
Printed Name of Plaintiff   Robin Michael Charles

B.   **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# (Attachment)

B. If the Basis for Jurisdiction is Diversity of Citizenship

   2. The Defendant(s)

      b. If the defendant is a corporation

         The defendant, NRG Energy, Inc., is incorporated under the laws of New Jersey, and has its principal place of business in several states.

I'm adding this statesment to my complaint for the Court's benefit and because I have a Constitutional right and responsibility to.

There are U. S. Constitutional issues that need to be resolved because the Arizona Constitution states that the U.S. Constitution is the Supreme Law. The Arizona Supreme Court denied my request for review and I have to draw the conclusion that they think they don't have Jurisdiction over the U.S. Constitution because they didn't state why! Perhaps this Court does ? My Constitutional right to a trial has been violated by Arizona law. Also, I don't have the resources to fulfill my Citizens Oath and responsibility without exercising my authority as a "We the people…". I reserve the right to oversee the enforcement of any and all violations of The U.S. Constitution that come up during my trial. (U.S. Constitution; Preamble, Article VI, Amendments VII, IX, and XIV. The Bible and The Constitutions of all the several States wherein more than ¾ agree). I'm going to request to see the original U.S. Constitution, also. I am going to do everything in my power to stop the Big 5 and the Big 3. All of this is to protect and maintain individual rights. (Arizona Constitution Article 2, Section 2)

*[signature]*
Robin Michael Charles